**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

EIGHT MILE STYLE, LLC, a Michigan
limited liability company; and MARTIN
AFFILIATED, LLC, a Michigan limited
liability company,

Case No. 2:13-cv-12268-GAD-MAR

Hon. Gershwin A. Drain

      Plaintiffs,

v.

WIEDEN + KENNEDY, INC., an Oregon
corporation; and FACEBOOK, INC., a
Delaware corporation,

      Defendant.

---

**STIPULATED ORDER TO EXTEND FACT DISCOVERY CUT-OFF DATE,**
**EXCHANGE OF WITNESS LISTS, AND EXPERT DISCLOSURE**

      The parties to this action, through their respective counsel, hereby stipulate and agree that

the fact discovery cut-off date shall be extended from March 5, 2014 to May 5, 2014; the date to

exchange witness lists shall be extended from March 5, 2014 to May 5, 2014; the deadline to

serve expert disclosures pursuant to 26(a)(2)(B) shall be extended from March 5, 2014 to March

26, 2014; and the deadline to disclose rebuttal expert reports shall be extended from April 7,

2014 to April 21, 2014. These extensions will not affect the deadline for dispositive motions or

the trial date.

Dated:  February 25, 2014                    Respectfully submitted,


                                             By: /s/ Howard Hertz
                                             Howard Hertz (P26653)
                                             1760 South Telegraph Road, #300
                                             Bloomfield Hills, MI 48302
                                             (248) 335-5000
                                             hhertz@hertzschram.com
                                             Attorneys for Plaintiff



STIPULATED AND AGREED:

KING & BALLOW                                BODMAN PLC


By: /s/ Richard S. Busch                     By:  /s/Alan N. Harris
Richard S. Busch                             Alan N. Harris (P56324)
315 Union Street, Suite 1100                 James J. Carty (P74978)
Nashville, TN 37201                          201 South Division Street, Suite 400
(615) 259-3456                               Ann Arbor, MI 48104
rbusch@kingballow.com                        734-761-3780
Attorneys for Plaintiff                      aharris@bodmanlaw.com
                                             jcarty@bodmanlaw.com
                                             Attorneys for Defendants


HERTZ SCHRAM PC                              DAVIS & GILBERT LLP


By: /s/Howard Hertz                          By: /s/Guy Cohen
Howard Hertz (P26653)                        Guy Cohen (admission application to be filed)
1760 South Telegraph Road, #300              Dominick Cromartie
Bloomfield Hills, MI 48302                   1740 Broadway
(248) 335-5000                               New York, NY 10019
hhertz@hertzschram.com                       (212) 468-4853
Attorneys for Plaintiff                      gcohen@dglaw.com
                                             dcromartie@dglaw.com
                                             Attorneys for Defendants


**IT IS SO ORDERED.**


Dated:  March 3, 2014                        /s/Gershwin A Drain
                                             United States District Court Judge

{H0113257.1}